■ SABA RUG, INC., Appellant, v GREAT AMERICAN INSURANCE COMPANIES et al., Respondents. [678 NYS2d 629] —Judgment, Supreme Court, New York County (Leland DeGrasse, J.), entered May 2, 1997, dismissing the complaint upon defendants' motion for summary judgment, unanimously affirmed, with costs.

Since it is undisputed that plaintiff failed to submit sworn proofs of loss within 60 days of receipt of defendants' demand, as required by the policy and Insurance Law § 3407 (a), defendants were properly granted summary judgment dismissing the complaint. Plaintiff's submission to oral examination and swearing to a transcript of an initial interview with an insurance adjuster did not satisfy its obligation to submit sworn proofs of loss within 60 days after defendants' demand (*see, Maleh v New York Prop. Ins. Underwriting Assn.*, 64 NY2d 613). Concur—Sullivan, J. P., Wallach, Williams and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES HARVEY, Appellant. [679 NYS2d 286] —Judgment, Supreme Court, New York County (Allen Alpert, J.), rendered May 4, 1994, convicting defendant, upon his plea of guilty, of attempted burglary in the second degree, and sentencing him to a term of 2⅓ to 7 years, unanimously affirmed.

The sentencing minutes, read as a whole, establish that the court provided defendant a reasonable opportunity to be heard on his baseless requests for new counsel (*see, People v Sides*, 75 NY2d 822) and to withdraw his plea (*see, People v Frederick*, 45 NY2d 520). Defendant's request to proceed *pro se* at the sentencing proceeding was unequivocal and his waiver of the right to counsel was knowing and voluntary (*see, People v McIntyre*, 36 NY2d 10). We have reviewed and rejected defendant's remaining contentions. Concur—Sullivan, J. P., Wallach, Williams and Saxe, JJ.